No. 86–1368.  LEE v. WEBB, SECRETARY OF THE NAVY. C. A. 9th Cir.  Certiorari denied.

No. 86–1410.  HUNTER DOUGLAS, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 3d Cir.  Certiorari denied.

No. 86–1414.  OREGON v. SETTLER ET AL.  Ct. App. Ore. Certiorari denied.

No. 86–1425.  YAKIMA TRIBAL COURT OF THE YAKIMA INDIAN NATION ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 86–1427.  COLE v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 86–1439.  LEVER BROTHERS CO. v. UNITED STATES ET AL.  C. A. D. C. Cir.  Certiorari before judgment denied.

No. 86–1555.  ORECK CORP. v. U. S. FLOOR SYSTEMS, INC. C. A. 5th Cir.  Certiorari denied.

No. 86–1566.  COLCLASURE ET AL. v. KANSAS CITY LIFE INSURANCE CO. ET AL.  Sup. Ct. Ark.  Certiorari denied.

No. 86–1587.  TOUSSAINT ET AL. v. MCCARTHY ET AL.; and
No. 86–1588.  MCCARTHY ET AL. v. TOUSSAINT ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 86–1590.  NOVINGER ET UX. v. KRAMER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 86–1597.  CHETISTER v. DOUGLAS, JUSTICE, SUPREME COURT OF OHIO, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 86–1604.  MICHIGAN v. WILLIAMS.  Ct. App. Mich.  Certiorari denied.

No. 86–1606.  SLOAN ET AL. v. LEE, BANKRUPTCY JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY.  C. A. 6th Cir.  Certiorari denied.